1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  BUTLER SNOW LLP
   Jin Yoshikawa *(pro hac vice)*
7  Kenneth P. Conour *(pro hac vice)*
   Anita Modak-Truran *(pro hac vice)*
8  150 3rd Avenue South, Suite 1600
   Nashville, Tennessee 37201
9  Telephone:  (615) 651-6751
   Facsimile:  (615) 651-6701
10 Email: jin.yoshikawa@butlersnow.com
   Email: kenneth.conour@butlersnow.com
11 Email: anita.modak-truran@butlersnow.com

12 Attorneys for Defendants Johnson &
   Johnson and Ethicon, Inc.
13

14                UNITED STATES DISTRICT COURT

15                     DISTRICT OF NEVADA

16 | NORMA JEAN PARTIE,                          | Case No. 2:21-cv-01366-JCM-BNW |
17 |         Plaintiff,                          |                                |
18 | vs.                                         | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** |
19 | ETHICON, INC., ETHICON WOMEN'S HEALTH AND   |                                |
20 | UROLOGY, A Division of Ethicon, Inc.,       | **(FIRST REQUEST)**            |
   | GYNECARE, JOHNSON & JOHNSON,                |                                |
21 | AND DOES 1-20,                              |                                |
22 |         Defendants.                         |                                |
23
24

Plaintiff Norma Jean Partie and defendants Johnson & Johnson and Ethicon, Inc. (collectively "Ethicon") stipulate to extend the deadline for the Ethicon to respond to the First Amended Complaint (ECF No. 6) for ten days.  Due to a scheduling conflict on the part of Ethicon, Plaintiff has generously agreed to extend the deadline from July 15, 2022 until Monday, July 25, 2022.  This is the first extension sought in connection with this deadline.

| | |
|---|---|
| FEARS NACHAWATI LAW FIRM, PLLC | KAEMPFER CROWELL |
| /s/ Danae N. Benton<br>Danae N. Benton *(pro hac vice)*<br>5489 Blair Road<br>Dallas, Texas 75231 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| NGUYEN & ASSOCIATES, LLC<br>Mike H. T. Nguyen, No. 12055<br>6831 Ponderosa Way<br>Las Vegas, Nevada 89118<br><br>Attorneys for Plaintiff Norma Jean Partie | BUTLER SNOW LLP<br>Jin Yoshikawa *(pro hac vice)*<br>Kenneth P. Conour *(pro hac vice)*<br>Anita Modak-Truran *(pro hac vice)*<br>150 3rd Avenue South, Suite 1600<br>Nashville, Tennessee 37201<br><br>Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 3:49 pm, July 18, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**