1   KAEMPFER CROWELL
    Robert McCoy, No. 9121
2   Sihomara L. Graves, No. 13239
    1980 Festival Plaza Drive, Suite 650
3   Las Vegas, Nevada 89135
    Telephone:  (702) 792-7000
4   Facsimile:  (702) 796-7181
    Email: rmccoy@kcnvlaw.com
5   Email: sgraves@kcnvlaw.com

6   BUTLER SNOW LLP
    Anita Modak-Truran *(pro hac vice)*
7   Kenneth P. Conour *(pro hac vice)*
    Jin Yoshikawa *(pro hac vice)*
8   150 3rd Avenue South, Suite 1600
    Nashville, Tennessee 37201
9   Telephone:  (615) 651-6751
    Facsimile:  (615) 651-6701
10  Email: jin.yoshikawa@butlersnow.com
    Email: kenneth.conour@butlersnow.com
11  Email: anita.modak-truran@butlersnow.com

12  Attorneys for Defendants Johnson &
    Johnson and Ethicon, Inc.

13

14              UNITED STATES DISTRICT COURT

15                  DISTRICT OF NEVADA

16  NORMA JEAN PARTIE,              Case No. 2:21-cv-01366-JCM-BNW

17              Plaintiff,

18  vs.                            **NOTICE OF RESOLUTION AND
                                   STIPULATION TO STAY
19  ETHICON, INC., ETHICON         PROCEEDINGS**
    WOMEN'S HEALTH AND
20  UROLOGY, A Division of Ethicon, Inc.,
    GYNECARE, JOHNSON & JOHNSON,
21  AND DOES 1-20,

22              Defendants.

23

24

KAEMPFER
CROWELL        3286950_1  17671.30                    Page 1 of 2

1       Plaintiff Norma Jean Partie and Defendants Johnson & Johnson and

2   Ethicon, Inc. (collectively the "parties") have reached an agreement to resolve this

3   matter. The parties jointly stipulate and request that all deadlines and other

4   proceedings in this case be stayed for a period of 60 days, until Monday, January

5   30, 2023 to allow time for the settlement to be concluded.  The parties will file

6   dismissal papers as soon as the settlement is finalized.  In the event the settlement

7   is not finalized by that date, the parties stipulate to file a joint status report to

8   inform the Court of the status of the settlement.

9   NGUYEN & ASSOCIATES, LLC     KAEMPFER CROWELL

10

11  /s/ Danae N. Benton

Mike H. T. Nguyen, No. 12055     Robert McCoy, No. 9121

12  6831 Ponderosa Way         Sihomara L. Graves, No. 13239

Las Vegas, Nevada 89118        1980 Festival Plaza Drive, Suite 650

13                             Las Vegas, Nevada 89135

14  FEARS NACHAWATI, PLLC      BUTLER SNOW LLP

Danae N. Benton *(pro hac vice)*    Anita Modak-Truran *(pro hac vice)*

15  5489 Blair Road            Kenneth P. Conour *(pro hac vice)*

Dallas, Texas 75231         Jin Yoshikawa *(pro hac vice)*

16                             150 3rd Avenue South, Suite 1600

Attorney for Plaintiff         Nashville, Tennessee 37201

17  Norma Jean Partie

18                             Attorneys for Defendants Johnson &

Johnson and Ethicon, Inc.

19

20                  **ORDER**

21       IT IS SO ORDERED.

22

23                UNITED STATES DISTRICT JUDGE

DATED:  December 2, 2022

24