| | |
|---|---|
| 1 | KAEMPFER CROWELL |
|   | Robert McCoy, No. 9121 |
| 2 | Sihomara L. Graves, No. 13239 |
|   | 1980 Festival Plaza Drive, Suite 650 |
| 3 | Las Vegas, Nevada 89135 |
|   | Telephone: (702) 792-7000 |
| 4 | Facsimile: (702) 796-7181 |
|   | Email: rmccoy@kcnvlaw.com |
| 5 | Email: sgraves@kcnvlaw.com |
| 6 | BUTLER SNOW LLP |
|   | Jin Yoshikawa *(pro hac vice)* |
| 7 | Kenneth P. Conour *(pro hac vice)* |
|   | Anita Modak-Truran *(pro hac vice)* |
| 8 | 150 3rd Avenue South, Suite 1600 |
|   | Nashville, Tennessee 37201 |
| 9 | Telephone: (615) 651-6751 |
|   | Facsimile: (615) 651-6701 |
| 10 | Email: jin.yoshikawa@butlersnow.com |
|    | Email: kenneth.conour@butlersnow.com |
| 11 | Email: anita.modak-truran@butlersnow.com |
| 12 | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORMA JEAN PARTIE, | Case No. 2:21-cv-01366-JCM-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND STAY OF PROCEEDINGS PENDING SETTLEMENT** |
| ETHICON, INC., ETHICON WOMEN'S HEALTH AND UROLOGY, A Division of Ethicon, Inc., GYNECARE, JOHNSON & JOHNSON, AND DOES 1-20, | **(SIXTH REQUEST)** |
| Defendants. | |

1  In accordance with the parties February 9, 2024 joint status report
2  regarding settlement (ECF No. 53), and the Court's February 23, 2024 minute
3  order (ECF No. 54) the parties jointly stipulate and request that the Court extend
4  the current stay of all deadlines and other proceedings for an additional 60 days,
5  until Monday, April 8, 2024, to allow time for the settlement to be concluded, at
6  which point, if concluded, this case will be dismissed with prejudice.

| NGUYEN & ASSOCIATES, LLC | KAEMPFER CROWELL |
|---|---|
| /s/ Mike H. T. Nguyen | [signature] |
| Mike H. T. Nguyen, No. 12055 | Robert McCoy, No. 9121 |
| 6831 Ponderosa Way | Sihomara L. Graves, No. 13239 |
| Las Vegas, Nevada 89118 | 1980 Festival Plaza Drive, Suite 650 |
|  | Las Vegas, Nevada 89135 |
| FEARS NACHAWATI, PLLC |  |
| Danae N. Benton *(pro hac vice)* | BUTLER SNOW LLP |
| 5489 Blair Road | Anita Modak-Truran *(pro hac vice)* |
| Dallas, Texas 75231 | Kenneth P. Conour *(pro hac vice)* |
|  | Jin Yoshikawa *(pro hac vice)* |
| Attorney for Plaintiff | 150 3rd Avenue South, Suite 1600 |
| Norma Jean Partie | Nashville, Tennessee 37201 |
|  | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

**ORDER**

IT IS SO ORDERED.

[signature]
UNITED STATES DISTRICT JUDGE

DATED: February 26, 2024