1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
4  Facsimile: (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  BUTLER SNOW LLP
   Jin Yoshikawa *(pro hac vice)*
7  Kenneth P. Conour *(pro hac vice)*
   Anita Modak-Truran *(pro hac vice)*
8  150 3rd Avenue South, Suite 1600
   Nashville, Tennessee 37201
9  Telephone: (615) 651-6751
   Facsimile: (615) 651-6701
10 Email: jin.yoshikawa@butlersnow.com
   Email: kenneth.conour@butlersnow.com
11 Email: anita.modak-truran@butlersnow.com

12 Attorneys for Defendants Johnson &
   Johnson and Ethicon, Inc.
13

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORMA JEAN PARTIE,<br><br>                    Plaintiff,<br><br>vs.<br><br>ETHICON, INC., ETHICON WOMEN'S HEALTH AND UROLOGY, A Division of Ethicon, Inc., GYNECARE, JOHNSON & JOHNSON, AND DOES 1-20,<br><br>                    Defendants. | Case No. 2:21-cv-01366-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

3783518_1  17671.30

Page 1 of 2

Plaintiff Norma Jean Partie and Defendants Ethicon, Inc. and Johnson & Johnson stipulate to dismiss all claims in this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs.

| NGUYEN & ASSOCIATES, LLC | KAEMPFER CROWELL |
|---|---|
| /s/ Mike H. T. Nguyen<br>Mike H. T. Nguyen, No. 12055<br>6831 Ponderosa Way<br>Las Vegas, Nevada 89118 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| FEARS NACHAWATI, PLLC<br>Danae N. Benton *(pro hac vice)*<br>5489 Blair Road<br>Dallas, Texas 75231 | BUTLER SNOW LLP<br>Anita Modak-Truran *(pro hac vice)*<br>Kenneth P. Conour *(pro hac vice)*<br>Jin Yoshikawa *(pro hac vice)*<br>150 3rd Avenue South, Suite 1600<br>Nashville, Tennessee 37201 |
| Attorney for Plaintiff<br>Norma Jean Partie | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

## ORDER

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: August 1, 2024